UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SCOTT N. JOHNSON,   NO. CIV. S-09-0480 FCD EFB

    Plaintiff,

  v.   **ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS**

VONZIEL HARRISON,

    Defendant.

----oo0oo----

    1.  The Final Pretrial Conference is continued to Friday, February 11, 2011 at 2:00 p.m.  Plaintiff and Defendant shall file a Joint Pretrial Statement, on or before February 4, 2011, as referenced in the Court's September 3, 2009 Pretrial Scheduling Order.

    2.  Plaintiff and Defendant's counsel are ordered to show cause why they should not each be sanctioned in the amount of $150.00 for failing to file a Joint Pretrial Statement.

3.   Counsel shall file their responses to the order to show cause on or before January 28, 2011.

4.   A hearing on the order to show cause will follow the Final Pretrial Conference.

**IT IS SO ORDERED.**

DATED: January 3, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2