UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,   　　　　　　　　　　NO.  CIV. S-09-0480 FCD EFB

　　　　Plaintiff,

　　v.   　　　　　　　　　　　　　　　　**ORDER RE: SETTLEMENT AND DISPOSITION**

VONZIEL HARRISON,

　　　　Defendant.
_____/

　　　　Pursuant to the representation of plaintiff, in the above action, the court has determined that this case has settled.

　　　　In accordance with the provisions of Local Rule 160, dispositional documents are to be filed on or before January 28, 2011.  All dates/hearings set in this matter, to include any pending motions, are hereby VACATED.

　　　　**FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

　　　　**IT IS SO ORDERED**.

Dated: January 4, 2011

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　FRANK C. DAMRELL, JR.
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE